FILED

JUN 05 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT JOHNSON,

    Plaintiff,

v.

SAN FRANCISCO JAIL, et al.,

    Defendants.

Case No. 19-01301 EJD (PR)

**ORDER OF DISMISSAL**

On March 11, 2019, Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, along with a motion for leave to proceed In Forma Pauperis ("IFP"). (Docket Nos. 1, 3.) On the same day, the Clerk sent Plaintiff a notice that the IFP application was insufficient because it lacked the supporting documents, i.e., a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official, and a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 4.) Plaintiff was advised to respond within twenty-eight days or face dismissal of the action. (Id.)

On March 26, 2019, the notice sent to Plaintiff was returned to the Court as undeliverable because Plaintiff was "not in custody." (Docket No. 6.) The Clerk's notice regarding the insufficient IFP was resent on April 12, 2019, to another address on record.

(Docket No. 9.)

The deadline for responding to the Clerk's notice has passed, and Plaintiff has not filed the necessary documents to complete his IFP application or paid the filing fee. Accordingly, Plaintiff's case is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate any pending motions.

**IT IS SO ORDERED.**

Dated: 6/5/19

~~BETH LABSON FREEMAN~~
United States District Judge

Order of Dismissal
PRO-SE\EJD\CR.19\01301Johnson_dism-ifp

2